IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANG-KUI DONG,<br><br>           Plaintiff,<br><br>v.<br><br>APPLIED FUSION INC.,<br><br>           Defendant.<br>_____/ | No. C 03-03698 SI<br><br>**Third**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: 6/30/05.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 29, 2005.

PRETRIAL CONFERENCE DATE: September 6, 2005 at 3:30 PM.

JURY TRIAL DATE: September 12, 2005 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/17/05

 S/Susan Illston
SUSAN ILLSTON
United States District Judge