IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANG-KUI DONG, | No. C 03-03698 SI |
| Plaintiff, | **ORDER RE: JUNE 20, 2005 ORDER** |
| v. | |
| APPLIED FUSION INC., JEFF MUSGROVE, PATRICK DAVIS, MOHAMMED ANSARI, GEORGE SILVA, GREGORY GEDDIS, CITY OF SAN LEANDRO, OFFICER RICK LOPEZ and DOES 1 through 5, inclusive, | |
| Defendants. / | |

The Court's June 20, 2005 Order [Docket #101] should read at page 10, footnote 5, as follows: "The Court has already GRANTED summary judgment in favor of Applied Fusion for the Seventh and Twelfth Cause of Action."

The Order should read at page 8, line 24, as follows: "It is undisputed that Ansari and Geddis then told Silva, and later Musgrove and Officer Lopez, that plaintiff threatened to shoot other employees at Applied Fusion, and then himself."

The request for reconsideration brought by defendants Ansari and Geddis is DENIED.

**IT IS SO ORDERED.**

Dated: 7/6/05

SUSAN ILLSTON
United States District Judge